# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HERRON, on behalf of himself and others similarly situated,<br>Plaintiff,<br>v.<br>DEFENDERS, LLC f/k/a DEFENDERS, INC. a/k/a DEFENDERS,<br>Defendant. | Case No. 5:20-cv-01129-JGB-KK<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: February 23, 2021

_____
Honorable Jesus G. Bernal
Judge of the District Court

Order to Dismiss - 1